**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:13-cv-00524-JGH**
*Filed Electronically*

EDWARD J. BRYANT, III                                                         PLAINTIFF

v.

LOUISVILLE/JEFFERSON COUNTY                                          DEFENDANTS
METRO GOVERNMENT, *et al.*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff Edward J. Bryant, III, by counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Date: February 10, 2014

                                                                                                 Respectfully submitted,

                                                                                                /s/Aaron R. Esmailzadeh
                                                                                                Aaron R. Esmailzadeh
                                                                                                600 W. Main Street
                                                                                                Suite 100
                                                                                                Louisville, KY 40202
                                                                                                Ph. (502) 540-1221
                                                                                                Fax. (502) 540-1200
                                                                                                aarone@simmsreed.com